Date: 08/30/11

# DIVIDENDS REMITTED TO THE COURT

Check Number 2010 Dated 08/30/11

Case Number 08-32740 - DOERING, THOMAS M

H 4185

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| VALLEY OIL COMPANY<br>PO BOX 74<br>SAVAGE, MN 55378 | 000006 | 78.89 | 3.54 |
| ---------- Remittance Total ---------- | | 78.89 | 3.54 |

MICHAEL J. IANNACONE, Trustee

RECEIVED 11 AUG 31 AM 11:56 U.S. BANKRUPTCY COURT ST. PAUL, MN